**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TERESA C.,

Plaintiff,

-against-

25 **CIVIL** 9466 (GRJ)

# JUDGMENT

COMMISSIONER OF SOCIAL SECURITY,

Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision & Order dated August 29, 2026, Plaintiff's request for judgment on the pleadings is DENIED; the Commissioner's request for judgment on the pleadings is GRANTED; and this case is DISMISSED. Accordingly, judgment is hereby entered in favor of the Commissioner and the case is closed.

**Dated:** New York, New York

September 1, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**